922 A.2d 873

Michael A. NUTTER

v.

John DOUGHERTY, Dwight Evans, Chaka Fattah,
Jonathan Saidel, and the City of Philadelphia

Petition of John Dougherty.

Michael A. Nutter

v.

John Dougherty, Dwight Evans, Chaka
Fattah, and Jonathan Saidel

Petition of John Dougherty.

Michael A. Nutter

v.

John Dougherty, Chaka Fattah, and the City of Philadelphia

Petition of John Dougherty.

Supreme Court of Pennsylvania.

April 13, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of April, 2007, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether the Philadelphia Code Chapter 20–1000, *et seq.* ("Campaign Finance Law"), which places limitations on political campaign contributions, is invalid under the Home Rule Act, 53 P.S. § 13133, because it is "contrary to, or in limitation of" the Pennsylvania Election Code where the Election Code already contains comprehensive provisions

 

regulating the permissible size, type and manner of political campaign contributions, but also allows unlimited contributions in most instances?